1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11

12

13

14

15   EMMIT WILLIAMS,              ) ED CV 06-914-AHM (SH)
                                  )
16                               ) ORDER ADOPTING FINAL REPORT
                   Plaintiff,    ) AND RECOMMENDATION OF
17                               ) UNITED STATES MAGISTRATE
                                  ) JUDGE
18        v.                      )
                                  )
19   COUNTY OF RIVERSIDE,         )
     et al.,                      )
20                               )
                   Defendants.   )
21   _____ )

22          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint

23   and other papers  along with the attached Final Report and Recommendation of the

24   United States Magistrate Judge, and has made a de novo determination of the Final

25   Report and Recommendation.

26

27

28

                                    1

1       IT IS HEREBY ORDERED that a Judgment be entered (1) approving and

2  adopting the Final Report and Recommendation, (2) granting defendants' Motion

3  for Summary Judgment and 3) dismissing plaintiff's Complaint.

4       IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

5  the Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

6  DATED: October 29, 2008

7

8                                 _____

9

10                        A. HOWARD MATZ
                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28