UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| EMMIT WILLIAMS, | ) ED CV 06-914-AHM (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| COUNTY OF RIVERSIDE, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing plaintiff's Complaint.

DATED: October 28, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**Make JS-6**